[Criminal No. 318. Filed October 25, 1912.]

[127 Pac. 1117.]

WILL H. LONG, Appellant, v. STATE OF ARIZONA, Respondent.

APPEAL from a judgment of the Superior Court, of the County of Pima. William F. Cooper, Judge. Affirmed.

The facts are stated in the opinion.

No appearance for Appellant.

Mr. G. P. Bullard, Attorney General, for Respondent.

FRANKLIN, C. J.—Indictment for the infamous crime against nature with a conviction. The defendant appeals, and the record is brought to this court for a review. There is no appearance in this court for the appellant, but we have carefully considered the record as it is before us. Finding no error therein prejudicial to any substantial right of the defendant, the judgment of the lower court is accordingly in all things affirmed.

CUNNINGHAM and ROSS, JJ., concur.